## A89A1041. FASSE v. SEXTON et al.
### (387 SE2d 17)

CARLEY, Chief Judge.

Appellee-defendant answered appellant-plaintiff's complaint and asserted a counterclaim. Acting pursuant to OCGA §§ 9-11-37 (b) (2) (C) and 9-11-37 (d) (1), the trial court subsequently dismissed appellant's complaint as a sanction for her repeated failure to attend scheduled depositions. Appellant has filed a direct appeal from the order dismissing her complaint.

Appellees' counterclaim remains pending. " 'An appeal from an order dismissing the plaintiff's claim is premature when there is a counterclaim pending in the court below.' [Cits.] . . . [T]he pendency of the counterclaim plus the absence of a determination by the trial judge that there was no just reason for delay and express direction for entry of judgment under CPA § 54 (b) [OCGA § 9-11-54 (b)] ([cits.]) prevented the order from being final and [directly] appealable. This, coupled with the appellant's failure to follow the applicable procedure for review under [OCGA § 5-6-34 (b)] ([Cits.]), subjects the instant appeal to dismissal [as premature]." *Cleveland v. Watkins,* 159 Ga. App. 885 (285 SE2d 546) (1981).

*Appeal dismissed. McMurray, P. J., and Beasley, J., concur.*

DECIDED SEPTEMBER 25, 1989.

Susan Fasse, *pro se.*
*Davis, Kirsch & Wolfe, Timothy W. Wolfe,* for appellees.